THE LAW OFFICE OF ALFRED R. HERNANDEZ
Alfred R. Hernandez, Esq. (Bar Number 192189)
1430 Truxtun Ave.
5th Floor
Bakersfield, California 93301
Phone: (661) 316-7955
Fax: (661) 481-3601
Email: al@alhernandez.biz

Counsel for Plaintiff: Gloria Jean Isgar

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Gloria Jean Isgar, | ) | Case No. 1:18-CV-00433-AWI-JLT |
| | ) | |
| Plaintiff, | ) | **ORDER CLOSING THE ACTION AS TO** |
| vs. | ) | **CITY OF BAKERSFIELD POLICE** |
| | ) | **DEPARTMENT AND BAKERSFIELD** |
| City of Bakersfield; City of Bakersfield Police | ) | **POLICE CHIEF OF POLICE LYLE D.** |
| Department; Bakersfield Police Chief of Police | ) | **MARTIN ONLY** |
| Lyle D. Martin, sued in his official capacity, Does | ) | **(Doc. 9)** |
| 1-20, inclusive sued in their official | ) | |
| and individual capacities, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The plaintiff has filed a notice of voluntary dismissal as to the Bakersfield Police Department and Police Chief Lyle Martin. (Doc. 9) No defendant has appeared in this action. Thus, according to Fed. R. Civ.P. 41, the dismissal is effective without an order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Therefore, the Clerk of the Court is DIRECTED to close the action as to the Bakersfield Police Department and Police Chief Lyle Martin **only.**

IT IS SO ORDERED.

Dated: __**May 21, 2018**__ _____**/s/ Jennifer L. Thurston**_____
UNITED STATES MAGISTRATE JUDGE

1