# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA JEAN ISGAR, ) | **ORDER REASSIGNING THE ACTION** |
| Plaintiff, ) | Former Case No.: 1:18-cv-0433- AWI - JLT |
| v. ) | **New Case No.: 1:18-cv-00433-JLT** |
| CITY OF BAKERSFIELD, et al, ) | |
| Defendants. ) | |

On December 12, 2018, the Court held a scheduling conference with the parties. At that time, Plaintiff Gloria Jean Isgar consented on the record to the jurisdiction of a United States Magistrate Judge for all further proceedings in the action, including trial and entry of judgment, pursuant to 28 U.S.C. § 636(c)(1). Previously, each of the defendants indicated their consent to the Magistrate Judge. (Doc. 20 at 1-2)

Accordingly, this Court **REASSIGNS** the action to United States Magistrate Judge Jennifer L. Thurston for all further proceedings. All further papers filed in this action shall bear the new case number: **1:18-cv-0433-JLT**.

IT IS SO ORDERED.

Dated: December 12, 2018

_____
SENIOR DISTRICT JUDGE

1