Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN & COHEN
1260 Fulton Street
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants CITY OF BAKERSFIELD, RYAN MAXWELL, TRAVIS McNINCH, ROBERTO FIGUEROA JR., BRANDON DOYLE, EDGAR GALDAMEZ, and JEREMIAH HOLT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA JEAN ISGAR, | Case No. 1:18-CV-00433-JLT |
| Plaintiff, | **STIPULATION TO MODIFY SCHEDULING ORDER [DKT. NO. 37]; [PROPOSED] ORDER THEREON** |
| vs. | |
| CITY OF BAKERSFIELD, et al. | |
| Defendants. | |

**RECITALS**

1. WHEREAS, on December 13, 2018, this Court issued its Scheduling Order [Dkt. No. 37] setting the deadline to amend pleadings as May 17, 2019;

2. WHEREAS, the Plaintiff is evaluating the need to file a motion to amend her Second Amended Complaint but feels the need to depose particular witnesses before determining whether filing a Third Amended Complaint is warranted;

3. WHEREAS, Defense Counsel is unavailable to attend depositions in this matter during the entire month of April and first week of May as: (1) they have four major oppositions to motions, including motions for summary judgment, due on May 6, 2019, in the United States District Court, Southern District of New York, case of *Twelve Sixty LLC, et al. v. Extreme Music Library Limited, et al.*, Case No. 1:17-CV-01479-PAC, the preparation of which is extensive and involves complex issues including motions to exclude key witnesses; and (2) they begin a one to two week trial on April 29, 2019, in the case of *Valderrama, et al. v. Beautologie Cosmetic Surgery Inc., et al.*, Kern County Superior Court Case No. BCV-17-101520.

4. WHEREAS, due to Defense Counsel's unavailability as set forth above, Defendants have agreed to allow Plaintiff additional time to determine whether or not she wants to seek leave to file a Third Amended Complaint so that she may take depositions she feels are necessary to do complete such analysis;

5. WHEREAS, the Parties hereto agree that the deadline to amend pleadings be extended to June 17, 2019.

6. WHEREAS, the requested extension will not affect the trial date of September 14, 2020, or any of the dates related thereto.

## STIPULATION

IT IS HEREBY STIPULATED by and between the Parties hereto through their respect attorneys of record that the deadline to amend pleadings be extended to June 17, 2019.

Dated: May 7, 2019            LAW OFFICE OF ALFRED R. HERNANDEZ

                              */s/ Alfred R. Hernandez*
                              By:_____
                              Alfred R. Hernandez,
                              Attorneys for Plaintiff

Dated: May 7, 2019.           MARDEROSIAN & COHEN

                              */s/ Michael G. Marderosian*
                              By:_____
                              Michael G. Marderosian,
                              Attorneys for Defendants
                              above-named.

**ORDER**

Based upon the stipulation of the parties, the Court **ORDERS**:

1. The scheduling order is amended to extend the deadline by which stipulations to amend or motions to amend the pleadings to June 17, 2019.

IT IS SO ORDERED.

Dated: __**May 7, 2019**__                  __**/s/ Jennifer L. Thurston**__
                                                                UNITED STATES MAGISTRATE JUDGE