Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN & COHEN
1260 Fulton Street
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants CITY OF BAKERSFIELD, RYAN MAXWELL, TRAVIS McNINCH, ROBERTO FIGUEROA JR., BRANDON DOYLE, EDGAR GALDAMEZ, and JEREMIAH HOLT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA JEAN ISGAR, | Case No. 1:18-CV-00433-JLT |
| Plaintiff, | **STIPULATION TO MODIFY SCHEDULING ORDER [DKT. NO. 37]; [PROPOSED] ORDER THEREON** |
| vs. | |
| CITY OF BAKERSFIELD, et al. | |
| Defendants. | |

## RECITALS

1. WHEREAS, on December 13, 2018, this Court issued its Scheduling Order [Dkt. No. 37] setting the deadline to complete discovery as December 6, 2019;

2. WHEREAS, Plaintiff's counsel intends to depose six additional defense witnesses, four of which he estimates will take six or more hours and two of which he estimates will take over three or four hours;

3. WHEREAS, additional time is necessary to take these depositions these due to the following:

    a. Defense counsel has depositions scheduled every week day between now and December 2, 2019 save and except for November 28, 2019 and November 29, 2019, the Thanksgiving Holiday.

    b. On December 2, 2019 and December 9, 2019, Defense counsel is scheduled to start the trial in the case of *Bowman v. Bowman*, Kern County Superior Court Case No. S-1501-FL-623414.

    c. Defense counsel has depositions scheduled for December 4, 2019, December 5, 2019, and December 6, 2019.

    d. Following the current December 6, 2019 discovery cut off, Defense counsel has various depositions and hearings scheduled throughout the state of California that would make scheduling the depositions in this case very difficult.

    e. Defense counsel will be extremely busy with depositions in the case of *Fajardo v. City of Bakersfield*, United States District Court Case No. 1:16-CV-00699-JLT, which are not complete, as well as a trial starting January 14, 2020 before the Honorable Judge Anthony Ishii (*Willis v.Mullins*, et al., Case No. 1:04-cv-6542) and then the *Fajardo* case in this Court on February 10, 2020.

4. WHEREAS, in the light of the above, the Parties have agreed to an extension and propose the below dates:

| Deadline/Hearing | Current Date | Proposed Date |
| --- | --- | --- |
| Non-Expert Discovery Cutoff | 12/06/2019 | 03/06/2020 |
| Expert Disclosure | 12/20/2019 | 03/13/2020 |
| Rebuttal Expert Disclosure | 01/17/2020 | 03/30/2020 |
| Expert Discovery Cutoff | 02/14/2020 | 04/17/2020 |
| Non-Dispositive Motions | 02/28/2020 | 04/24/2020 |
| Hear Non-Dispositive Motions | 03/27/2020 | 05/26/2020 |
| Dispositive Motions | 04/17/2020 | 06/1/2020 |
| Hear Dispositive Motions | 05/27/2020 | 06/29/2020 |
| PreTrial Conference | 07/08/2020 | 07/20/2020 |

4. WHEREAS, the requested extension will not affect the trial date of September 14, 2020, or any of the dates related thereto.

## STIPULATION

IT IS HEREBY STIPULATED by and between the Parties hereto through their respect attorneys of record that the following dates be extended as follows:

| Deadline/Hearing | Current Date | Proposed Date |
|---|---|---|
| Non-Expert Discovery Cutoff | 12/06/2019 | 03/06/2020 |
| Expert Disclosure | 12/20/2019 | 03/13/2020 |
| Rebuttal Expert Disclosure | 01/17/2020 | 03/30/2020 |
| Expert Discovery Cutoff | 02/14/2020 | 04/17/2020 |
| Non-Dispositive Motions | 02/28/2020 | 04/24/2020 |
| Hear Non-Dispositive Motions | 03/27/2020 | 05/26/2020 |
| Dispositive Motions | 04/17/2020 | 06/1/2020 |
| Hear Dispositive Motions | 05/27/2020 | 06/29/2020 |
| PreTrial Conference | 07/08/2020 | 07/20/2020 |

Dated: November 22, 2019　　　　　　LAW OFFICE OF ALFRED R. HERNANDEZ

　　　　　　　　　　　　　　　　　　　*/s/ Alfred R. Hernandez*
　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　Alfred R. Hernandez,
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

Dated: November 22, 2019.　　　　　　MARDEROSIAN & COHEN

　　　　　　　　　　　　　　　　　　　*/s/ Michael G. Marderosian*
　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　Michael G. Marderosian,
　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　above-named.

# ORDER

Pursuant to the Stipulation of the Parties and good cause appearing therefor, IT IS HEREBY ORDERED that the Scheduling Order [Dkt No. 37] be modified to extend the dates as follows:

| Deadline/Hearing | Current Date | New Date |
| --- | --- | --- |
| Non-Expert Discovery Cutoff | 12/06/2019 | 03/06/2020 |
| Expert Disclosure | 12/20/2019 | 03/13/2020 |
| Rebuttal Expert Disclosure | 01/17/2020 | 03/30/2020 |
| Expert Discovery Cutoff | 02/14/2020 | 04/17/2020 |
| Non-Dispositive Motions | 02/28/2020 | 04/24/2020 |
| Hear Non-Dispositive Motions | 03/27/2020 | 05/26/2020 |
| Dispositive Motions | 04/17/2020 | 06/1/2020 |
| Hear Dispositive Motions | 05/27/2020 | 06/29/2020 |
| PreTrial Conference | 07/08/2020 | 07/20/2020 |

IT IS SO ORDERED.

Dated: **November 22, 2019**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE