# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA JEAN ISGAR,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF BAKERSFIELD, et al.,<br><br>        Defendant. | Case No. 1:18-cv-00433 JLT<br><br>ORDER AFTER INFORMAL TELEPHONIC CONFERENCE RE: DISCOVERY DISPUTE |

    At the request of the defendants, the Court held an informal telephonic conference related to ongoing discovery disputes between the parties. At the conference, the Court observed that the topics upon which the plaintiff sought testimony from the entity were, in most cases, significantly overbroad and seemed to place the burden on the defendants to attempt to figure out the discovery that the plaintiff sought. Though the plaintiff's counsel, Mr. Hernandez disagreed with the Court's analysis, he agreed he would provide amended topics no later than by February 5, 2020. Also, the Court assisted counsel in developing a deposition schedule that would most efficiently allow this discovery to be completed. Thus, the Court **ORDERS**:

    1.    Nunc pro tunc, the plaintiff SHALL serve, via email, an amended list of topics on which she seeks the entity's testimony no later than February 5, 2020. The list SHALL be tailored to obtain information only on the issues raised by this litigation;

2. The deposition of the entity SHALL occur on February 25, 2020 at 9:00 a.m. at the offices of defense counsel;

3. The depositions of Ryan Maxwell, Jeremiah Holt, Robert Figueroa Jr., Travis Mc Ninch and the final witness, whose name was not provided to the Court, SHALL occur on March 5 and 6, 2020. The first witness SHALL be Mr. Maxwell and counsel SHALL make all efforts—via early start times, short breaks and working into the evenings as needed, to complete all of these depositions by the end of the day on March 6, 2020.

IT IS SO ORDERED.

Dated: **February 7, 2020**  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE